NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ALBERTA LANE,**
*Petitioner,*

v.

**MERIT SYSTEMS PROTECTION BOARD,**
*Respondent.*

---

2010-3191

---

Petition for review of the Merit Systems Protection Board in case no. DA531D100290-I-1.

---

## ON MOTION

---

## ORDER

The Department of Homeland Security moves to reform the official caption to designate the Merit Systems Protection Board as the respondent.

We note that Alberta Lane has not timely filed a brief.

Accordingly,

IT IS ORDERED THAT:

(1) The motion is granted. The revised official caption is reflected above.

(2) The petition for review is dismissed for failure to file a brief.

FOR THE COURT

JAN 19 2011
_____
Date

/s/ Jan Horbaly
_____
Jan Horbaly
Clerk

cc: Alberta Lane
Antonia R. Soares, Esq.
Michael Carney, Esq.

s20

ISSUED AS A MANDATE: __JAN 19 2011__

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

JAN 19 2011

JAN HORBALY
CLERK